Charles E. Hill, Bar No. 10631
202 N. Rock Road - OFFICE
Wichita, KS 67206
chill@crescentgroupllc.com
316-201-1004 Phone
316-776-5989 Fax

ELECTRONICALLY FILED
2020 Aug 21 PM 2:09
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000444

# IN THE THIRD JUDICIAL DISTRICT
## DISTRICT COURT OF SHAWNEE COUNTY KANSAS
## CIVIL DEPARTMENT

| | |
|---|---|
| KANSAS ST GREGORYS LLC ) | |
| ) | |
| Plaintiff ) | |
| v.  ) | Case No.: |
| ) | |
| OTIS ELEVATOR COMPANY ) | |
| ) | |
| Defendant ) | |
| ) | |

Pursuant to Chapter 60, K.S.A.

## PETITION

COMES NOW the Plaintiff, KANSAS ST GREGORYS LLC, by and through its attorney and for its cause of action against the Defendant states:

1. Plaintiff is a Kansas limited liability company. Plaintiff owns a property known as The Metropolitan which is located at 635 SW Harrison in Topeka, KS 66603.

2. Defendant, OTIS ELEVATOR COMPANY, is a Foreign For-Profit corporation that is registered to do business in the State of Kansas. Defendant may be served with process by service upon its Registered Agent:

> C T CORPORATION SYSTEM
> 112 SW 7TH STREET SUITE 3 C,
> TOPEKA, KS 66603.

3. Beginning as early as 2016, Plaintiff has requested the Defendant to service and/or repair the elevators in The Metropolitan property in Topeka, KS. Each time the Defendant

Exhibit A

would make a proposal, it was in writing and stated in the Terms and Conditions attached to the service document. In Paragraph 9 of the Terms and Conditions it states:

"We warrant that all services furnished will be performed in a workmanlike manner."

4. Plaintiff states that several times during its interactions with the Defendant that the problems were not corrected and perhaps even became worse. Plaintiff has given Defendant several opportunities to correct and repair the situation, but to no avail. To current date, the elevators still do not operate properly.

5. Defendant's failures to successfully repair and/or properly service the elevators, over a period of over 4 years constitute a breach of the warranty set forth in Paragraph 3, above and/or a breach of contract. As a result of the breaches, Plaintiff has expended approximately $154,493.70 in costs and repair expenses and monthly maintenance fees of approximately $44,685.95 and still the elevators are not functioning properly.

WHEREFORE, having set forth its causes of action against the Defendant, the Plaintiff prays for judgment in its favor and against the Defendant in the amount of $199,179.65 plus any additional costs and damages incurred hereafter but prior to trial, plus interest at the statutory rate to the date of judgment, plus its costs incurred herein and such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Charles E. Hill
Charles E. Hill, Bar No. 10631
202 N. Rock Road - OFFICE
Wichita, KS 67206
chill@crescentgroupllc.com
316-201-1004 Phone
316-776-5989 Fax

*Attorney for Plaintiff*

Exhibit A

ELECTRONICALLY FILED
2020 Aug 21 PM 2:09
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000444

Kansas St Gregorys LLC

vs.

Otis Elevator Company

**SUMMONS**

To the above-named Defendant/Respondent:

      **Otis Elevator Company**
      **CT Corporation System**
      **112 SW 7th St Ste 3 C**
      **Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

      Charles E Hill
      202 N Rock Rd-Office
      Wichita, KS 67206

within 21 days after service of summons on you.

Clerk of the District Court

Electronically signed  on 08/21/2020 02:50:17 PM

**Documents to be served with the Summons:**

PLE: Petition Petition

Exhibit A

ELECTRONICALLY FILED
2020 Sep 17 AM 9:33
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000444

IN THE THIRD JUDICIAL DISTRICT
DISTRICT COURT OF SHAWNEE COUNTY, KANSAS
CIVIL DEPARTMENT

| | |
|---|---|
| KANSAS ST. GREGORYS LLC<br><br>Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br><br>Defendant. | Case No. 2020-CV-000444 |

## ENTRY OF APPEARANCE

COMES NOW Steven F. Coronado of the law firm of BATY OTTO CORONADO PC, and hereby enters his appearance as attorney of record on behalf of Defendant in the above-entitled case.

Respectfully submitted,

**BATY OTTO CORONADO PC**

/s/ Steven F. Coronado
Steven F. Coronado            KBN 14418
4600 Madison Avenue, Suite 210
Kansas City, MO 64112
Telephone:  (816) 531-7200
Facsimile:   (816) 531-7201
scoronado@batyotto.com
ATTORNEY FOR DEFENDANT

Exhibit A

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing was filed with the Court through its electronic filing system on September 17, 2020, with a copy sent via electronic mail to:

Charles E. Hill      KBN 10631
202 N. Rock Road
Wichita, KS 67206
chill@crescentgroupllc.com
316-201-1004 Phone
316-776-5989 Fax
Attorney for Plaintiff

                                        /s/ Steven F. Coronado
                                        Attorney for Defendant

Exhibit A